James **GREATHOUSE,** Appellant,

v.

James A. **GAMMON,** Respondent.

No. WD 45652.

Missouri Court of Appeals,
Western District.

Sept. 15, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 27, 1992.

---

James Greathouse, pro se.

William L. Webster, Atty. Gen., Joseph P. Whyte, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from circuit court order of dismissal of plaintiff's application for trial de novo in a small claims action. Untimely filing of application resulted in lack of jurisdiction in the circuit court and this court.

Dismissal of trial de novo application is affirmed. Rule 84.16(b).